For Clerk's Office Use

| Judge | Recd Date | Grv. |
|-------|-----------|------|
| K |  |  |

For use by inmates in filing a complaint under **CIVIL RIGHTS ACT, 42 USC §1983**

**INMATE NAME:** _Jerry Fink_

**PRISONER NO.:** _____

**PLACE OF CONFINEMENT:** _Middle River Regional Jail_

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

AUG 08 2018

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

_Jerry Fink_
Enter Full Name          **Plaintiff**

VS.

_Middle River Regional Jail_

**CIVIL ACTION NO.** _718cv00392_

Enter Full Name(s)          **Defendant(s)**

A.    Have you begun other actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

_____ Yes          ___✓___ No

B.    If your answer to A is Yes, describe the action in the space below.

1.    Parties to the Action: _____

_____

_____

2.    Court: _____

3.    Docket No.: _____

4.    Judge: _____

5.    Disposition: _____

(For example, is the case still pending? If not, what was the ruling? Was the case appealed?)

C.    Have you filed any grievances regarding the facts of your complaint?

Yes ___✓___          No _____

1.    If your answer is Yes, complete the enclosed verified statement, indicating the result. Please attach evidence of your exhaustion of all available grievance procedures.

_____

2.    If your answer is No, indicate the reason for failure to exhaust on the verified statement. You may be required to exhaust your claims through any applicable grievance procedures. Your complaint may be dismissed if you fail to exhaust all avenues of the grievance process in a timely fashion.

D.   Statement of Claim - State here briefly the facts of your case.  Describe what action(s) each defendant took in violation of your constitutional rights.  Include also the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph.  Use as much space as needed.  You may attach extra paper if necessary.

Claim #1 - Supporting Facts - Tell your story briefly without citing cases or law.

I have what is called DVTS I have requested on many (numerous) occions for my medication and have not received any. I have been incarcerated since June 12th 2018 the medication

Claim #2 - Supporting Facts - Tell your story briefly without citing cases or law.

There is no 24 hour medical staff at Middle River Regional Jail as they have stated /and can not handle cases like mine for it took 36 day to get my

Claim #3 - Supporting Facts - Tell your story briefly without citing cases or law.

When speaking with the doctor, the doctor said he had to talk with the head nurse / for what reasons are unknown for He's the doctor and they both have my file.

E.   State what relief you seek from the Court.  Make no legal arguments, cite no cases or statutes.

Middle River Regional Jail needs to investigated and I wish to file Law Suit against said Jail.

SIGNED THIS __3__ DAY OF __August__, 20 _18_.

_____
(Signature of Each Plaintiff)

**VERIFICATION:**

I, __Jerry Suk__, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true.  I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights.  Further, I verify that I am aware of the provisions set forth in 28 USC §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, three or more occasions, while incarcerated, brought an action or appeal in federal court that are dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury.  I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of filing fees.

I declare under penalty of perjury the foregoing to be true and correct.

DATED: __Aug 3 2018__  SIGNED: _____

Continued from D

Claim #1: is called ZARELTO to thin my blood out to prevent clotting.

They also have not addressed my breathing disorder in which I use two different inhalers.

The one is VENTOLIN HFA, and the other I do not have the information to give you; but have signed a RELEASE form to RELEASE all information from University of Virginia Hospital (UVA).

Claim #2 medication making my situation life threating. I am now feeling clotting in my stomach with severe headaches from time to time.

I have address the doctor as well with the discoloration and soreness that has appeared in my ankle from this. (Lack of my medication)

Something must be done, Something must be done soon.

Claim #3: What is the Head Nurse? I thought the Doctor was over her.

Tracy Sone
mary
Po Box 2727
Staunton Vn
24401

RICHMON
06 AUG 20
USA FOREVER
FOREVER USA
Barn Swallow

Clerk United States District court
210 Franklin Road, sw, suite 540
Roanoke, Vq. 24011-2208

24011-220840