## INMATE CONSENT FOR WITHHOLDING OF PAY
## FOR ASSESSED FILING FEE FOR THE WESTERN DISTRICT OF VIRGINIA

**JERRY FINK,**
    **Plaintiff,**

v.

**MIDDLE RIVER REGIONAL JAIL,**
    **Defendant(s).**

**Civil Action No. 7:18-cv-00392**

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

08/27/2018

JULIA C. DUDLEY, CLERK
BY:
   s/ A. Beeson
DEPUTY CLERK

# CONSENT TO FEE

I, JERRY FINK 1434277, hereby consent for the appropriate prison officials to withhold from my prison account an initial payment of $0.00 and to collect on a continuing basis each month, an amount no more than 20% of each prior month's income, until such time as the filing fee of **$350.00** has been collected in full. Each time the collection of payments reaches the amount of $10.01, the Trust Officer shall forward the interim payment to the Clerk's Office, U. S. District Court, 210 Franklin Road, S.W. Suite 540, Roanoke, VA 24011-2208, until such time as the fees are paid in full. By executing this document, I also authorize withholding of any amount of costs, sanctions, and/or fees which may be imposed by the Court as a result of or during this litigation.

I agree that if I am transferred prior to payment of the full fee, the balance *owing* will be reported to the new institution with directions to continue the withdrawal of funds until the entire fee is paid. Payment will continue, if necessary, after resolution of this action until the full filing fee is paid.

_Jerry E. Fink_
SIGNATURE OF PLAINTIFF

DATE _8/23/18_

***After signing this form, I understand that I am to send it back to the Court for processing to: Clerk, U.S. District Court, 210 Franklin Road, S.W. Suite 540, Roanoke, VA 24011-2208.

Jerry Sink
PO Box 2727
Staunton Va 24402

24 AUG 2018 PM 5 L

Clerk, U.S. District Court
210 Franklin Road, S.W S40,
Roanoke, Va 24011-2208

**THIS PERSON IS
INMATE IN MIDDLE RIVER R!**

24011460340