UNITED STATES DISTRICT COURTS
OFFICE OF THE CLERK
210 FRANKLIN RD., RM 540
ROANOKE, VA 24011

OFFICIAL BUSINESS

GREENSBORO
NC 274
28 SEP '18
PM 2 L

RETURN TO SENDER

☐ UNAUTHORIZED MAIL

☐ UNAUTHORIZED CORRESPONDENCE

☒ NO LONGER INCARCERATED AT
MIDDLE RIVER REGIONAL JAIL

UNITED STATES POSTAGE
PITNEY BOWES
02 1P          $ 000.68⁰
0000869137      SEP 28 2018
MAILED FROM ZIP CODE 24011

Jerry  Fink 1434277
Middle River Regional Jail
PO Box 2727
Staunton, VA 24401

24402-272727
24011>0003

NIXIE          231    DE 1          2018/13/18

RETURN  TO  SENDER
ATTEMPTED  -  NOT  KNOWN
UNABLE  TO  FORWARD

BC:  24011000340      *0280-00294-28-44