CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
OCT 23 2018
JULIA C. DUDLEY, CLERK
BY: HMcDonaco
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JERRY FINK,<br>　　Plaintiff, | Civil Action No. 7:18-cv-00392 |
| v. | **MEMORANDUM OPINION** |
| MIDDLE RIVER REGIONAL JAIL,<br>　　Defendant(s), | By: Jackson L. Kiser<br>Senior United States District Judge |

Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By Order entered 9/27/2018, the court directed plaintiff to submit within 20 days from the date of the Order an amended complaint to allege specific facts concerning actions undertaken by a person in violation of plaintiff's rights. On 10/15/18 that order was returned as undeliverable with no forwarding address. The order entered on 8/8/18 directed the plaintiff to notify the court in writing immediately upon plaintiff's transfer or release and shall provide a new address. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 23rd day of October, 2018.

/s/ Jackson L. Kiser
Senior United States District Judge